# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. **8:21-cv-00937-JVS-DFM**　　　　　　　　Date **August 22, 2024**

Title: **Heather Blanchard v. United States of America, et al**

Present: The Honorable **James V. Selna, United States District Judge**

| Elsa Vargas | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

N/A　　　　　　　　　　　　　　　　　　　　N/A

---

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated **5/10/22 make JS-6**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　**eva**

CV-74 (10/08)　　　　　　　CIVIL MINUTES -REOPENING/CLOSING